## PARRISH V. THE STATE.

*Crime.*

(Decided May 24, 1909.   49 South. 1038.

APPEAL from Morgan Circuit Court.

Heard before Hon. D. W. SPEAKE.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney-General, for the state.

McCLELLAN, J.—Affirmed and June 9th, 1909, fixed as day for execution.

DOWDELL, C. J., SIMPSON and MAYFIELD, JJ., concur.

---

## RAPPORT & BRO. V. BIRMINGHAM RAILWAY, L. & P. CO.

*Damages.*

(Decided May 24, 1909.   49 South. 674.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES A. SENN.

TOMLINSON & McCULLOUGH, for appellant.

TILLMAN, GRUBB, BRADLEY & MORROW, and M. M. BALDWIN, for appellee.

ANDERSON, J.—Affirmed on the authority of *Woodrow v. Hawvin*, 105 Ala. 240; 16 South. 720.

DOWDELL, C. J., MAYFIELD, and MAYFIELD, JJ., concur.

---

## SIBLEY V. FELMING, ET AL.

*Equity.*

(Decided May 20, 1909.   49 South. 1038.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

A. LATADY, for appellant.

CABANISS & BOWIE, for appellee.

ANDERSON, J.—The demurrers were properly overruled. Affirmed.

DOWDELL, C. J., McCLELLAN and SAYRE, JJ., concur.